UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TREALETHA ROBERTSON**, as the next best friend of Talisa Robertson  )<br>)<br>) | |
| **Plaintiffs,**  )<br>) | |
| v.  ) | Civil Action No. 01-01405 (JGP) |
| )<br>**DISTRICT OF COLUMBIA**, *et al.*,  )<br>) | |
| **Defendants.**  )<br>) | |

**ORDER**

Upon consideration of the **Motion of the Plaintiff to Enforce Settlement Agreement and for Meaningful Sanctions [#84]**, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that judgment in this matter shall be entered in favor of Talisa Robertson *nunc pro tunc* June 9, 2005, with interest accruing from June 9, 2005 and to be paid on or before August 17, 2006.  It is further

**ORDERED** that judgment in this matter shall be entered in favor of Gregory Lattimer in the amount of $30,000.00 for his attorney's fees in representing Talisa Robertson, pursuant to the agreement entered into by the parties.  It is further

**ORDERED** that Gregory Lattimer shall receive interest accruing only in the event that this judgment is not satisfied on or before August 17, 2006.  In that event, said interest shall begin on August 18, 2006.  And it is further

**ORDERED** that judgment in this matter shall be entered in favor of Gregory Lattimer in the amount of $1500.00 for his attorney's fees for representing Talisa Robertson in bringing the

motion to enforce the settlement agreement.

**Date: August 4, 2006**                                                                                   **JOHN GARRETT PENN**
                                                                                                             **United States District Judge**